AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FEB 19 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| VILLALOBOS-Alcala, Emilio | ) Case No. DR13-1929M-01 |
| 12/13/1984 | ) |
| Piedras Negras, Mexico | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2013-02-18__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 554 | Smuggling Goods from the United States, Aiding and Abetting. |

This criminal complaint is based on these facts:

On February 18, 2013, Homeland Security Investigations (HSI) Special Agents from the Office of the Assistant Special Agent in Charge (ASAC) Eagle Pass, Texas, arrested Emilio VILLALOBOS-Alcala. VILLALOBOS was arrested for his involvement in conspiring to export goods from the United States to Mexico, contrary to the laws and regulations of the United States: On August 7, 2012, 43 assault rifles and 3 handguns, on August 31, 2012, 12 assault rifles, and on September 12, 2012, 6 assault rifles. VILLALOBOS has been identified as the organizer and facilitator for these weapons smuggling loads. AUSA Jay Hulings was contacted via telephone and authorized Federal Prosecution against VILLALOBOS.

☐ Continued on the attached sheet.

_____
Complainant's signature

Ronaldo Saenz
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/19/2013

_____
Judge's signature

City and state: Del Rio, Texas

United States Magistrate Judge
Printed name and title