REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> § <br> § <br> v. § <br> § <br> § <br> § <br> EMILIO VILLALOBOS-ALCALA, a.k.a. § <br> "La Tripa" § | **INDICTMENT** _____ <br> BY: _____ DEPUTY <br> [Violation: COUNT ONE: 18 U.S.C. §§ 554(a) and 2, Smuggling Goods from the United States, Aiding and Abetting] <br><br> Cause No.: <br><br> **DR13CR0217-AM** |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. §§ 554(a) and 2]

On or about September 12, 2012, in the Western District of Texas, Defendants,

EMILIO VILLALOBOS-ALCALA, a.k.a. "La Tripa,"

did knowingly and unlawfully aid and abet the exportation or attempted exportation from the United States, any merchandise, article, or object, including but not limited to: six (6) assault rifles and approximately six hundred and forty (640) rounds of ammunition, which are defense articles as defined under Category I of the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendants had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Sections 2778(b)(2) & 2778(c) and Title 22, Code of Federal Regulations, Parts 121, 123, & 127, all in violation of Title 18, United States Code, Section 554(a) and 2.

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

### I.
### Smuggling Forfeiture Statutes and Violations

**[Title 18 U.S.C. § 554(a), subject to forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461 and Title 22 § U.S.C. 2778, subject to forfeiture pursuant to Title 22 § U.S.C. 401(a). *See* Fed. R. Crim. P. 32.2]**

As a result of the foregoing criminal violation set forth in Count One, which is punishable by imprisonment for more than one year, Defendant EMILIO VILLALOBOS-ALCALA, a.k.a. "La Tripa," shall forfeit the property described below to the United States pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 554 (through Title 18 U.S.C. § 1956(c)(7)(D)), and subject to forfeiture by Title 18 U.S.C. § 981(a)(1)(C), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, and pursuant to Title 22 U.S.C. § 2778, subject to forfeiture by Title 22 U.S.C. § U.S.C. 401(a), which state:

> **Title 18 U.S.C. § 981.**
> **(a)(1)** The following property is subject to forfeiture to the United States:
> **(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "specified unlawful activity" (as defined in section 1956(C)(7) of this title), or a conspiracy to commit such offense.
>
> **Title 22 U.S.C. § 401.**
> **(a)** Seizure and forfeiture of materials and carriers. Whenever an attempt is made to export . . . any arms or munitions of war or other articles in violation of law . . . any person duly authorized for the purpose by the president, may seize and detain such arms or munitions of war or other articles . . . All arms or munitions of war and other articles, vessels, vehicles, and aircraft seized pursuant to this subsection shall be forfeited.

This Notice of Demand for Forfeiture includes but is not limited to the property described in paragraph II below.

## II.
### Personal Properties

All right, title, and interest of Defendant EMILIO VILLALOBOS-ALCALA, a.k.a. "La Tripa,"in the following personal properties is subject to forfeiture to the United States of America:

1. Windham Weaponry .223 caliber rifle, Serial No. Obliterated
2. Windham Weaponry .223 caliber rifle, Serial No. Obliterated
3. Romarm/Cugir, Model WASR-10, 7.62x39 caliber rifle, Serial No. Obliterated
4. Romarm/Cugir, Model WASR-10, 7.62x39 caliber rifle, Serial No. Obliterated

5. Nodac Spud, Model NDS-2T, 5.56 caliber rifle, Serial No. L000716
6. One (1) AR-15 style .223 caliber rifle, Serial No. Obliterated
7. Six hundred and forty (640) Rounds 7.62x39 Ammunition

A TRUE BILL.

ROBERT PITMAN
United States Attorney

By: _____
H. JAY HULINGS
Assistant United States Attorney

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: Zavala        CASE# /JUDGE: __DR13CR0217__

DATE: February 20, 2012    MAG. CT. #: DR13-1929M    FBI#

AUSA: H. JAY HULINGS

DEFENDANT: Emilio Villalobos-Alcala, aka "La Tripa"

CITIZENSHIP: USC

INTERPRETER NEEDED:  NO   Language: _____

DEFENSE ATTORNEY:

ADDRESS OF ATTORNEY:

DEFENDANT IS:        DATE OF ARREST: N/A

BENCH WARRANT NEEDED

PROBATION OFFICER: _____

NAME AND ADDRESS OF SURETY: _____

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 18 U.S.C. § 554 and 2, Smuggling Goods from the United States, Aiding and Abetting.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: COUNT 1: 10 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY:  No    REMARKS: See above.

W/DT-CR-3